

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00414-CR

Stephen Patrick **BLACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 05-0070-CR
Honorable Gary L. Steel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

It is so **ORDERED** on December 22, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
Michael A. Cruz, Clerk of Court